AARON D. FORD
 Attorney General
Craig A. Newby (Bar No. 8591)
 Chief Litigation Counsel
Office of the Attorney General
555 E. Washington Ave, Ste. 3900
Las Vegas, NV 89101
(702) 486-3420 (phone)
(702) 486-3773 (fax)
cnewby@ag.nv.gov

*Attorneys for Defendants, the State of Nevada, Nevada Attorney General Aaron D. Ford, and Chief Deputy Attorney General Michael Kovac*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN FEEDER, an individual,<br><br>  Plaintiff,<br><br> vs.<br><br>THE STATE OF NEVADA, a political subdivision organized under the law of the State of Nevada, THE NEVADA ATTORNEY GENERAL AARON FORD, in his individual and official capacity; ASSISTANT ATTORNEY GENERAL MICHAEL KOVAC, in his individual and official capacity DOES I through X, inclusive,<br><br>  Defendants. | Case No. 2:22-cv-00941-CDS-VCF<br><br>**JOINT STIPULATION TO STAY DISCOVERY PENDING RESOLUTION OF MOTION TO DISMISS** |

Pursuant to Local Rules IA 6-2 and LR 7-1, Plaintiff, STEVEN FEEDER and Defendants THE STATE OF NEVADA, THE NEVADA ATTORNEY GENERAL, AARON FORD, and ASSISTANT ATTORNEY GENERAL MICHAEL KOVAC (collectively "Defendants") hereby stipulate and agree to stay discovery in this case pending resolution of Defendants' motion to dismiss (ECF No. 6).

The parties submit that good cause exists for this stipulation to be granted under applicable law. Specifically, courts in the District of Nevada apply a two-part test when

Page **1** of **2**

evaluating whether a discovery stay should be imposed. *TradeBay, LLC v. Ebay, Inc.*, 278 F.R.D. 597, 600 (D. Nev. 2011) (citations omitted). First, the pending motion must be potentially dispositive of the entire case or at least the issue on which discovery is sought. *Id.* Second, the court must determine whether the pending motion to dismiss can be decided without additional discovery. *Id.* When applying this test, the court must take a "preliminary peek" at the merits of the pending dispositive motion to assess whether a stay is warranted. *Id.* The purpose of the "preliminary peek" is not to prejudge the outcome of the motion to dismiss. Rather, the court's role is to evaluate the propriety of an order staying or limiting discovery with the goal of accomplishing the objectives of Rule 1.

Here, Defendants filed a motion to dismiss premised on Eleventh Amendment immunity, absolute prosecutorial immunity, qualified immunity, and failure to state a claim. ECF No. 6. While Plaintiff disagrees on the merits of Defendants' motion (see ECF No. 7), the parties agree that Defendants' motion is "potentially dispositive" of this case and "can be decided without additional discovery," meeting this court's standard of good cause for a stay of discovery.

Counsel for the parties conferred on this and other discovery obligations Friday, December 9, 2022 before submitting this stipulation.

DATED this 13th day of December, 2022.   DATED this 13th day of December, 2022.

**MUELLER & ASSOCIATES, INC.**          **AARON D. FORD**
                                         **Attorney General**

 /s/ Craig A. Mueller                    /s/ Craig A. Newby
CRAIG A. MUELLER, ESQ.                  CRAIG A. NEWBY, ESQ.
Nevada Bar No. 4703                     Nevada Bar No. 8591
808 S. 7th Street                       555 E. Washington Ave., Suite 3900
Las Vegas, NV 89101                     Las Vegas, NV 89101
*Attorney for Plaintiff*                *Attorney for Defendants*

**IT IS SO ORDERED.**

Dated 12-13-2022

_____
**UNITED STATES MAGISTRATE JUDGE**